## SANDERS V. CUNNINGHAM & CO., ET AT.

*Equity.*

(Decided Nov. 29th, 1906.   42 South. 611.)

APPEAL from Jackson Chancery Court.
Heard before Hon. W. H. SIMPSON.
W. H. NORWOOD, and JOHN B. TALLEY, for appellant.
J. F. PROCTOR, and VIRGIL BOULDIN, for appellee.
Appeal dismissed.
Opinion by TYSON, C. J.
DOWDELL, ANDERSON, and McCLELLAN, JJ., concur.

---

## THOMAS V. DANIEL BROS.

*Detinue.*

(Decided Nov. 15th, 1906.   42 South. 623.)

APPEAL from Cherokee Circuit Court.
Heard before Hon. JAMES A. BILBRO.
C. DANIEL, for appellant.
BURNETT, HOOD & MURPHREE, for appellee.
Appeal dismissed.
Opinion by DENSON, J.
WEAKLEY, C. J., and HARALSON and DOWDELL, JJ.,
concur.